Patrick V. Dahlstrom
Joshua B. Silverman
Leigh H. Smollar
POMERANTZ HAUDEK BLOCK
  GROSSMAN & GROSS LLP
One North La Salle Street
Suite 2225
Chicago, Illinois 60602
Telephone: (312) 377-1181

*Counsel for Plaintiff Louisiana Municipal
Police Employees' Retirement System*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILES SENN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>-against-<br><br>WILLIAM V. HICKEY, T.J. DERMOT DUNPHY, DANIEL VAN RIPER, DAVID KELSEY, JEFFREY S. WARREN, and SEALED AIR CORPORATION,<br><br>                Defendants. | Civil Action No. 03-CV-4372 (DMC) |

## [~~PROPOSED~~] ORDER

The parties having come before the Court for a telephonic conference on March 15, 2007, and the Court having been duly advised, finds that there is this good cause for the entry of the following relief and HEREBY ORDERS:

1.     Lead Plaintiff's Amended Motion for Class Certification is granted only to the extent that it seeks the withdrawal of Miles Senn and the substitution of Louisiana Municipal Police Employees' Retirement System ("MPERS") as Lead Plaintiff, with Pomerantz Haudek Block Grossman & Gross LLP as Counsel.

2. This substitution shall not waive or foreclose any arguments Defendants may choose to make in opposition to class certification, including but not limited to challenges to the adequacy of Lead Plaintiff or Lead Counsel.

3. The remainder of the Amended Motion for Class Certification has been withdrawn without prejudice and shall be renewed by the substituted Lead Plaintiff within five (5) business days.

4. The parties shall abide by the deadlines set forth in the stipulated schedule submitted on March 12, 2007 with respect to class discovery and briefing on the renewed motion for class certification, unless they agree to and submit a revised schedule.

SO ORDERED:

_____
Honorable Mark Falk, U.S.M.J.

Dated: March 23, 2007